# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ANTONIO E. MCLAURIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 17 C 630 |
| | ) |
| TOM DART, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM ORDER

Although this Court's brief January 31, 2017 memorandum order (the "Order") dismissed both the Complaint and this action that had been brought by pro se prisoner plaintiff Antonio McLaurin ("McLaurin"), the Order's final two paragraphs confirmed that McLaurin's institution of this action had rendered him liable for the $350 filing fee on the installment basis provided for in 28 U.S.C. § 1915 ("Section 1915"). And as contemplated in the Order's final paragraph, this Court's law clerk has since sought and obtained from Sheridan Correctional Center ("Sheridan," where McLaurin has most recently been in custody) a printout of transactions in his trust fund account there through and beyond the January 24, 2017 date of "filing" this action as defined by the Houston v. Lack, 487 U.S. 266 (1988) "mailbox rule."

Based on the trust fund account printout that accompanied McLaurin's In Forma Pauperis Application, as supplemented by the currently obtained information, this Court has determined that the average monthly deposits to McLaurin's account during the six-month period immediately preceding the filing of the Complaint (see Section 1915(a)(2) and (b)(1)(A)) came to $130.23, 20% of which (id.) amounts to $26.05. Accordingly McLaurin is assessed an initial partial filing

fee of $26.05 plus 20% of the deposits to the account between January 24 and the date of payment to the Clerk's Office,[1] and the Sheridan trust fund officer is ordered to collect that amount from McLaurin's trust fund account there and to pay it directly to the Clerk of Court ("Clerk"):

> Office of the Clerk
> United States District Court
> 219 South Dearborn Street
> Chicago IL 60604
>
> Attention: Fiscal Department.

After such payment the trust fund officer at Sheridan (or at any other correctional facility where McLaurin may hereafter be confined) is authorized to collect monthly payments from his trust fund account in an amount equal to 20% of the preceding month's income credited to the account. Monthly payments collected from the trust fund account shall be forwarded to the Clerk each time the amount in the account exceeds $10 until the full $350 filing fee is paid. Both the initial payment and all future payments shall clearly identify McLaurin's name and the 17 C 630 case number assigned to this action. To implement these requirements, the Clerk shall send a copy of this order to the Sheridan trust fund officer.

_____
Milton I. Shadur
Senior United States District Judge

Date: February 23, 2017

---

[1] Because the supplemental information obtained by this Court's law clerk carried through February 21, 2017, it reflected additional deposits up to that date aggregating $254.40, 20% of which is $50.88. So the required initial payment on account of the filing fee will be $26.05 plus $50.88 (a total of $76.93) plus 20% of any trust fund account deposits from February 21 through the date of payment to the Clerk's Office.